# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-2747
_____

Zeckeya Perry

*Plaintiff - Appellant*

v.

WellPath

*Defendant - Appellee*

Randy Watson, Former Warden, Varner SuperMax; Claudia Harris, Former Chief of Security, Varner SuperMax; Tony McHan, Former Assistant Warden, Varner SuperMax; Major Keith Day, Chief of Security, Varner Unit; Steven Stringfellow, Dentist

*Defendant*s
_____

Appeal from United States District Court
for the Eastern District of Arkansas
_____

Submitted: March 7, 2022
Filed: March 24, 2022
[Unpublished]
_____

Before COLLOTON, SHEPHERD, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Arkansas prisoner Zeckeya Perry appeals the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action. After careful de novo review of the record and the parties' arguments on appeal, we conclude the district court properly granted summary judgment. *See Morris v. Cradduck*, 954 F.3d 1055, 1058 (8th Cir. 2020) (standard of review); *see also Sanders v. Sears, Roebuck & Co.*, 984 F.2d 972, 975–76 (8th Cir. 1993) (stating a corporation acting under color of state law will only be liable under § 1983 for its own unconstitutional policies, and the proper test is whether there is a policy, custom, or action inflicting actionable injury under by those who represent such official policy). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the recommended disposition of the Honorable Edie R. Ervin, United States Magistrate Judge for the Eastern District of Arkansas.